United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jacquelynn Lebron, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 21-23078-Civ-Scola |
| A Ability Advocate – Paul K. Schrier, PLLC d/b/a Schrier Law Group and others, Defendants. | ) |

## Order Approving FLSA Settlement and Dismissing Action

The parties to this FLSA action have asked the Court to approve their settlement agreement and to dismiss the case. (ECF No. 57.) Having reviewed the record, the relevant legal authorities, and the settlement agreement, the Court finds the settlement agreement fair and reasonable.

The Court **grants** the parties' motion for approval of the settlement agreement (**ECF No. 57**), **dismisses** this action with prejudice, and directs the Clerk to **close** this case. The Court reserves jurisdiction to enforce the parties' settlement agreement through October 28, 2022. All pending motions are **denied** as moot.

**Done and ordered** in Miami, Florida, on June 22, 2022.

_____
Robert N. Scola, Jr.
United States District Judge